UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARLA BLOOMDAHL                                                                                     PLAINTIFF

v.                                              No. 2:21-CV-02029

THE HARTFORD and
US AIRWAYS, AMERICAN
AIRLINES, AND ENVOY AIR,
AND SUBSIDIARIES                                                                                   DEFENDANTS

**ORDER**

On May 14, 2021, the Court entered an order (Doc. 19) requiring a more definite statement from Plaintiff. Plaintiff had not responded to pending motions to dismiss, and because her allegations lacked clarity, Plaintiff was ordered to file an amended complaint more definitely stating her claims within 14 days. The deadline passed and no amended complaint was filed. Additionally, Plaintiff still has not responded to Defendants' motions to dismiss and has not sought leave to file a response out of time. Plaintiff's complaint will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a Court order and failure to prosecute.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. The pending motions (Docs. 9 and 15) are TERMINATED AS MOOT. Judgment will be entered separately.

IT IS SO ORDERED this 2nd day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE