UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARLA BLOOMDAHL                                                                                    PLAINTIFF

v.                                            No. 2:21-CV-02029

THE HARTFORD and
US AIRWAYS, AMERICAN
AIRLINES, AND ENVOY AIR,
AND SUBSIDIARIES                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 2nd day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE